No. 324, Misc.  GRAY ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Lawrence C. Cantor* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.  ▆

No. 335, Misc.  WATSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.  ▆

No. 343, Misc.  MOORE *v.* CUPP, WARDEN.  C. A. 9th Cir.  Certiorari denied.  *Robert Y. Thornton,* Attorney General of Oregon, and *David H. Blunt,* Assistant Attorney General, for respondent.

No. 413, Misc.  GILBERT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 416, Misc.  ALAWAY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 428, Misc.  HILL *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 503, Misc.  McHALE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Francis C. Browne* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.  ▆